AO 106A  (08/18)  Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>Google email account<br>Christian.DaSilva1970@gmail.com | )<br>)<br>)<br>)<br>)<br>) |

Case No. 23-MJ- 693

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ Northern _____ District of _____ California _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1343; 18 U.S.C. § 641; 18 U.S.C. §1028A ; 42 U.S.C. § 408 | 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 641 (Theft of Government Funds); 18 U.S.C. §1028A (Aggravated Identity Theft) and 42 U.S.C. § 408 (Social Security Fraud). |

The application is based on these facts:

See attached Affidavit, incorporated by reference herein.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

/s Special Agent Shon Sain

*Applicant's  signature*

Special Agent Shon Sain

*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by _____ telephone at 11:51 a.m. _____ *(specify reliable electronic means).*

Date: _____ 04/05/2023 _____

/s J. Scott W. Reid

*Judge's signature*

City and state:  Philadelphia, PA

HONORABLE SCOTT W. REID

*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched* | ) | |
| *or identify the person by name and address)* | ) | Case No.   23-MJ- 693 |
| | ) | |
| Google email account | ) | |
| Christian.DaSilva1970@gmail.com | ) | |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Northern_____ District of _____California_____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____April 18, 2023_____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the duty magistrate.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:      _____04/05/2023 11:51 am_____            _____/s J. Scott W. Reid_____
                                                                                                          *Judge's signature*

City and state:      _____Philadelphia, PA_____            _____HONORABLE SCOTT W. REID_____
                                                                                                          *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>  23-MJ- 693 | Date and time warrant executed: | Copy of warrant and inventory left with: |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE SEARCH OF:          Magistrate No. 23-MJ-693
**Google Email Account**
**Christian.Dasilva1970@Gmail.com**          Related Magistrate No.: 21-MJ-413

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Shon Sain ("Affiant"), Special Agent with the Social Security Administration ("SSA"),

Office of Inspector General, being duly sworn, deposes and states as follows:

## INTRODUCTION

1.      This affidavit is submitted in support of requesting Google LLC to provide the

results of previously provided materials under search warrant 21-MJ-413, which was an

application for a search warrant to search the Google email address

Christian.Dasilva1970@gmail.com (the "SUBJECT EMAIL"), which is more particularly

identified in Attachment A (incorporated herein by reference).  As discussed below, an

application for a search warrant for Google LLC for Gmail Address

Christian.Dasilva1970@gmail.com was previously approved by U.S. Magistrate Judge Elizabeth

T. Hey in the Eastern District of Pennsylvania, assigned warrant number 21-MJ-413, which was

signed on March 5, 2021. Attached as Exhibit 1 is the application, the affidavit, and the warrant,

signed under 21-MJ-413.

2.      On March 12, 2021, Google LLC electronically provided the information in

response to SW 21-MJ-413; however, the information was inadvertently either not properly

downloaded or not properly retrieved from the Google, LLC portal.

3.      The government does not have in its possession the production set from warrant 21-MJ-413. Google LLC requests new legal process to reinstate the request. As such, this warrant requests permission to direct Google LLC to reinstate the production under 21-MJ-413 or in the alternative, produce the records currently in its possession responsive to Attachment A and Attachment B-1 (also incorporated herein by reference).

**BACKGROUND OF PRIOR WARRANT**

4.      Based on the information outlined in the affidavit for the previously executed search warrant (Exhibit 1), as well as my training and experience, there is probable cause to believe that the SUBJECT EMAIL may contain evidence of violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 641 (Theft of Government Funds); 18 U.S.C. §1028A (Aggravated Identity Theft) and 42 U.S.C. § 408 (Social Security Fraud).

5.      As outlined in the prior affidavit, incorporated by reference herein and attached as Exhibit 1, a subject named Myrna ORTIZ was interviewed on October 9, 2020 and October 23, 2020.  ORTIZ has since been indicted by the grand jury under Criminal No. 22-006 and assigned to the Honorable Timothy J. Savage.

6.      During the interviews, ORTIZ revealed that she met an individual on the internet through dating service, Match.com whom she believed was named "Christian DASILVA." After communicating only via text messaging, DASILVA asked ORTIZ to open several bank accounts using her name and personal identifying information. ORTIZ provided that in approximately 2017 she opened numerous bank accounts and provided the account information to DASILVA. ORTIZ admitted that this scheme started around 2017. ORTIZ stated that DASILVA started to arrange for deposits to be made into the various bank accounts and would contact her via text messaging or email, after deposits were made into the account. Once contacted, she would

2

withdraw the funds, purchase gifts cards and email the gift card information to DASILVA, in violation of 18 U.S.C. § 1956(h) (money laundering conspiracy). Originally, ORTIZ provided email address Christian.Dasilva@gmail.com as the email address she utilized to communicate with DASILVA.

7.      After additional investigation, on November 13, 2020, an Application for a Search Warrant for Google for Gmail address Christian.Dasilva@gmail.com and Jordsanch0102@gmail.com, was approved by U.S. Magistrate Judge Lynne A. Sitarksi in the Eastern District of Pennsylvania, assigned warrant number 20-mj-1851.

8.      The warrant return from Google provided some evidentiary value as to the potential identity of DASILVA. However, notably absent from this warrant return was any proof of communication involving ORTIZ.

9.      ORTIZ was confronted, through her counsel, as to this discrepancy. She then provided email address, Christian.Dasilva1970@gmail.com (the SUBJECT EMAIL) as the correct email by which she communicated with DASILVA. ORTIZ confirmed she sent pictures of the gift cards she purchased with the fraudulent funds, as email attachments to DASILVA via the SUBJECT EMAIL.

10.     On March 5, 2021, your affiant applied for a warrant for the SUBJECT EMAIL under 21-MJ-413 before U.S. Magistrate Judge Elizabeth T. Hey. Judge Hey approved warrant 21-MJ-413.

11.     On March 8, 2021, your affiant uploaded the signed and approved warrant under 21-MJ-413 to the law enforcement portal. Google LLC assigned the search warrant Google Reference No. 5472285.

12.     On January 11, 2022, a grand jury sitting in this district returned a thirty-two-count indictment charging defendant Myrna Ortiz with one count of conspiracy to commit money laundering, in violation of 18 U.S.C. § 1956(h), and thirty-one counts of theft of government funds, in violation of 18 U.S.C. § 641. All of these charges arise from Ortiz's participation in a conspiracy to launder funds, specifically Social Security Administration ("SSA") Retirement Benefits and Pandemic Unemployment Assistance ("PUA") funds from November 2017 through October 2020. This matter was assigned to the Honorable Timothy J. Savage, and is currently scheduled for trial on May 18, 2023.

13.     In late March 2023, in the course of preparation for trial, your affiant was reviewing the electronic evidence recovered in this matter and discovered I could not locate any production related to Christian.Dasilva1970@gmail.com. Your affiant recovered a letter from Google LLC dated March 12, 2021, which indicated that certain materials were provided in a production set through the Google Law Enforcement Portal, as is attached as Exhibit 2.

14.     On March 30, 2023, your affiant contacted Google LLC through the Law Enforcement email address. Google responded that according to their records, the production under warrant 21-MJ-413, assigned Google Reference No. 5472285, was sent on March 12, 2021. Google stated they can reinstate the files to the extent they still maintain a copy of them. Google responded they do not currently have a copy of the production set and would require new legal process to potentially reinstate the files.

15.     Your affiant diligently searched the case file materials and cannot locate the data set related to Christian.Dasilva1970@gmail.com.

16.     Your affiant is continuing to investigate the true identity of Christian.Dasilva1970@gmail.com. Obtaining the documented proof of the email exchange

4

between ORTIZ and DASILVA through the SUBJECT EMAIL will assist this investigation in confirming all of the funds that were laundered through this gift card transfer scheme. Most importantly, the information requested in this warrant will likely assist in uncovering the true identity of DASILVA. In connection with other investigations involving similar schemes, in my training and experience, it is likely the individual behind the identity DASILVA and the SUBJECT EMAIL, is likely recruiting other individuals to assist in this scheme. Uncovering the identity of the leader of this scheme is paramount in this investigation.

17.     Further, as U.S. v. Myrna Ortiz, Criminal No. 22-006, is set for trial on May 18, 2023, the government intends to supply this production to defense pursuant to the government's discovery obligations.

18.     This warrant is requesting authority to request Google LLC to reinstate the production files previously provided on March 12, 2021, as more fully described in Attachment A and Attachment B-1, or in the alternative, to produce the records currently in its possession responsive to Attachment A and B-1.

19.     The electronic mail account (referred to as SUBJECT EMAIL) is stored at the premises controlled by Google, Inc., an email provider headquartered at 1600 Amphitheater Parkway, Mountain View, California 94043, as more fully described in Attachment A to this affidavit.  The search warrant requested would require Google to disclose to the government records and other information in their possession pertaining to the subscriber(s) or customer(s) associated with the SUBJECT EMAIL, including the contents of communications, as more fully described in Attachment B-1.

20.     Unless otherwise stated, the information in this affidavit is either personally known to me or has been provided to me by other law enforcement officers, government

agencies, and/or is based on review of documentation and records as more particularly described herein.  I have not set forth every fact known to me concerning this investigation, only those facts that I believe are necessary to establish probable cause to find that the subjects of this investigation have committed violations of federal law as set forth herein.

21.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Google LLC to disclose to the United States copies of the records and other information (including the content of communications) particularly described in Attachment B.

**CONCLUSION**

22.     Based on the foregoing, I submit that probable cause exists to find that instrumentalities, fruits, and evidence of violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 641 (Theft of Government Funds); 18 U.S.C. §1028A (Aggravated Identity Theft) and 42 U.S.C. § 408 (Social Security Fraud) is presently located in the SUBJECT EMAIL. Therefore, I respectfully request that this Court issue a warrant to search this email address, as further described in Attachments A, for instrumentalities, fruits, and evidence of crime as listed in Attachment B-1 and to seize those items.

_____/s/ Shon Sain_____
Shon Sain, Special Agent
Social Security Administration,
Office of the Inspector General

Sworn to and subscribed
Telephonically before me this 5th day
of April 2023 at 11:51am

 /s J. Scott W. Reid
_____
HON. SCOTT W. REID
United States Magistrate Judge

6

## ATTACHMENT A– LOCATION TO BE SEARCHED

This warrant applies to information associated with Google email account :

**Christian.Dasilva1970@Gmail.com**

which is stored at premises owned, maintained, controlled, and/or operated by Google LLC,

headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

## ATTACHMENT B

**I.      Information to be provided by Google LLC (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, instant messages, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider is required to disclose the following information to the government for the Gmail account listed in Attachment A (the "Account") for the period beginning **February 1, 2018, through March 5, 2021.**

a.      The contents of all emails and instant messages, including any attachment, associated with the Account, including stored or preserved copies of emails and instant messages sent to and from the Account, draft emails and instant messages, the source and destination addresses associated with each email, the date and time at which each email and instant message was sent, and the size and length of each email and instant message;

b.      All records or other information regarding the identification of the Account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the Account were created, the length of service, the IP address used to register the Accounts, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.      The types of service utilized by the Account;

d.      All records or other information stored at any time by an individual using the Account, including address books, contact and buddy lists, calendar data, pictures, and files;

e.      All records pertaining to communications between the Provider and any person regarding the Account, including contacts with support services and records of actions taken.

**II.      Information to be seized**

Agents for the government may search those materials produced by Google LLC for all information for the time period of February 1, 2018 to March 5, 2021 described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of 18 U.S.C. § 1343 (Wire Fraud); 18 U.S.C. § 641 (Theft of Government Funds); 18 U.S.C. §1028A (Aggravated Identity Theft) and 42 U.S.C. § 408 (Social Security Fraud), including, for each account or identifier listed in Attachment A, information pertaining to the following matters:

a.      Personal emails, communications, photographs, and/or videos that constitute evidence related to the unauthorized/illegal disbursement of numerous SSA benefits;

b.      Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and relating to the email account owner;

c.      The identity of the person(s) who created or used the subject email and user ID, including records that reveal the whereabouts of such person(s);

d.      The identity of the person(s) who communicated with the subject email and user ID, about matters relating to the crimes under investigation whether they are currently known and unknown to the government, including records that help reveal their whereabouts;

e.      Evidence concerning the gathering and distribution of any goods, profits, or proceeds from the SSA benefits (as described in the affidavit), to include receipts (emailed or paper), transactional statements, and other information;

f.      Any or all communications that relate to bank accounts associated with each of the Accounts;

g.     Any or all communications that relate to personal identifiable information, including social security numbers or dates of birth of individuals;

h.     Any or all communications relating to any scheme to engage in or to allow others to engage in conspiracy to commit money laundering;

i.     Any or all communications related to the receipt of money or services to assist others to conceal the source of funds.

# EXHIBIT 1

# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.  21-MJ-413 |
| Google email account | ) | |
| Christian.DaSilva1970@gmail.com | ) ) | |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

See Attachment A.

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the person or describe the property to be seized):*

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☐ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1343, 641, 1028A, and 42 U.S.C. 408 | Wire Fraud, Theft of Government Funds, Aggravated Identity Theft, and Social Security Fraud |

The application is based on these facts:

See attached affidavit, incorporated by reference herein.

☐ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
/s/ Shon Sain
*Applicant's  signature*

_____
Special Agent Shon Sain
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___March 5, 2021___

_____
/s/ Elizabeth T. Hey
*Judge's signature*

City and state: Philadelphia, PA

_____
Honorable Elizabeth T. Hey
*Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of | ) |
| *(Briefly describe the property to be searched* | ) |
| *or identify the person by name and address)* | )   Case No.   21-MJ-413 |
| | ) |
| Google Email Account | ) |
| Christian.Dasilva1970@Gmail.com | ) |

## SEARCH AND SEIZURE WARRANT

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Northern _____ District of _____ California _____
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before _____ March 19, 2021 _____ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.      ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the duty magistrate.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   _____ March 5, 2021 @ 4:30 p.m. _____        _____ /s/ Elizabeth T. Hey _____
                                                                                                                *Judge's signature*

City and state:      _____ PHILADELPHIA, PA _____        _____ HON. ELIZABETH T. HEY _____
                                                                                                                *Printed name and title*

AO 93  (Rev. 11/13) Search and Seizure Warrant (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>  21-MJ-413 | Date and time warrant executed: | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name of any person(s) seized:

**Certification**

     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

_____
*Executing officer's signature*

_____
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br>**Google Email Account**<br>**Christian.Dasilva1970@Gmail.com** | Case No. 21-MJ-413 |

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT

I, Shon Sain ("Affiant"), Special Agent with the Social Security Administration ("SSA"),

Office of Inspector General, being duly sworn, deposes and states as follows:

## INTRODUCTION

1.      This affidavit is submitted in support of an application for a search warrant to

search the Google email address CHRISTIAN.DASILVA1970@GMAIL.COM (the "SUBJECT

EMAIL"), which is more particularly identified in Attachment A (incorporated herein by

reference).  As discussed below, the SUBJECT EMAIL is used by Myrna ORTIZ (hereinafter

"ORTIZ"), the target of this investigation, and a co-conspirator believed to be named Christian

DASILVA (hereinafter DASILVA) who illegally diverted SSA Retirement Insurance Benefit

(RIB) funds of several victims for their personal use.   Your Affiant believes there is both

communication based evidence and digital document based evidence in the SUBJECT EMAIL.

Accordingly, I am seeking permission to search for the items listed in Attachment B (also

incorporated herein by reference).

## BACKGROUND OF YOUR AFFIANT AND THE CURRENT INVESTIGATION

2.      I am a Special Agent of the Social Security Administration, Office of Inspector

General (SSA-OIG) and have been so employed since November 2007.  Prior to my current

employment, I was a Special Agent of the United States Secret Service for seven and one-half

years.  I am currently assigned to the Philadelphia Field Office, and I conduct criminal

investigations of violations of Federal law, including cases involving fraud directed at the Social

Security Administration's various benefit programs, theft of government funds, misuse of Social

Security numbers, wire fraud, identity theft, bank fraud, access device fraud and other financial

crimes.  Your Affiant has also attended hundreds of hours of training, conferences, and

workshops, regarding the methods and means of investigating the above-mentioned crimes.

Your Affiant has also led, coordinated, and assisted in the execution of numerous arrest and

search warrants related to these crimes.

     3.     The electronic mail accounts (referred to as SUBJECT EMAIL) are stored at the

premises controlled by Google, Inc., an email provider headquartered at 1600 Amphitheater

Parkway, Mountain View, California 94043, as more fully described in Attachment A to this

affidavit.  The search warrant requested would require Google to disclose to the government

records and other information in their possession pertaining to the subscriber(s) or customer(s)

associated with the SUBJECT EMAIL, including the contents of communications, as more fully

described in Attachment B.

     4.     Unless otherwise stated, the information in this affidavit is either personally known

to me or has been provided to me by other law enforcement officers, government agencies, and/or

is based on review of documentation and records as more particularly described herein.  I have not

set forth every fact known to me concerning this investigation, only those facts that I believe are

necessary to establish probable cause to find that the subjects of this investigation have committed

violations of federal law as set forth herein.

     5.     Based on the information outlined in this affidavit, as well as my training and

experience, there is probable cause to believe that ORTIZ is participating in a direct deposit fraud

scheme involving the illegal receipt and use of Social Security benefits, by way of fraudulent Retirement Insurance Benefit applications and the rerouting of direct deposit SSA benefit funds, in violation of federal law including violations of 18 U.S.C. §1343 (Wire Fraud); 18 U.S.C. § 641 (Theft of Government Funds); 18 U.S.C. § 1028A (Aggravated Identity Theft) and 42 U.S.C. § 408 (Social Security Fraud).   According to the information provided by ORTIZ during a subject interview, ORTIZ has admitted to using the SUBJECT EMAIL to communicate with other co-conspirators in furtherance of the crime.  As further demonstrated below, there is probable cause to search the SUBJECT EMAIL for evidence described in Attachment B.

## BACKGROUND ABOUT THE SSA RETIREMENT INSURANCE BENEFIT PROGRAM

6.     The SSA administers certain government benefit programs, including the Retirement Insurance Benefit ("RIB") program, pursuant to Title 42, United States Code, Sections 401-403.  The RIB program is an earned-right program funded through Social Security wage taxes. When an individual worked, that individual paid taxes on his or her wages into the Social Security trust fund.  If that individual paid sufficient Social Security taxes to earn sufficient "credits," as that term is defined for purposes of the Social Security Act, he or she is eligible to receive retirement insurance benefits upon reaching a certain age.

## Fraud Scheme

7.     In June 2020, SSA-OIG, Philadelphia Division, received information from the SSA Fraud Prosecutor assigned to the United States Attorney's Office ("USAO") in the Eastern District of Pennsylvania ("EDPA") regarding an ongoing investigation into fraudulent RIB applications and the rerouting of direct deposit funds.  The Fraud Prosecutor was referred an investigation from the SSA-OIG's St. Louis Division.  The St. Louis Division had been investigating a direct deposit

fraud scheme that initially appeared to be involved in that district.  Upon referral, the investigation was reassigned to SSA-OIG agents with the Philadelphia Division, including myself.

8.      Initially, a victim identified as "R.M." reached the age of retirement and went to a SSA field office in California to apply for earned retirement benefits (RIB). It was discovered that an application for RIB was previously filed for R.M. under R.M.'s social security number.  A review of the application for R.M. revealed that the initial application was submitted over the internet and not in person at a SSA field office; the address associated with the account established for R.M. was located in St. Louis; and the bank account listed for direct deposit of the benefits funds was a Santander Bank account belonging to ORTIZ, who resided within the Eastern District of Pennsylvania.  R.M. resided in California and had not submitted this application.

9.      I am aware that the SSA-OIG has previously investigated instances of such direct deposit fraud schemes. These schemes include filing fraudulent applications for RIB usually targeting individuals who are of retirement age but who have not yet filed for their retirement benefits, as well as schemes involving redirecting direct deposit Social Security benefits to bank accounts under the control of participants in the scheme.

10.      Based on the tip from St. Louis, I determined that there were at least four other SSA beneficiaries whose benefits had been directed to bank accounts controlled by ORTIZ.  A search of some of SSA's systems and databases revealed at least four individual's information, including their social security number, were used to fraudulently obtain monthly SSA benefits which were deposited electronically to Santander Bank accounts ending in 8270 and 8289 ("Santander accounts"), held by ORTIZ.  The four victims are D.B. from Chicago, Illinois; R.M. from San Francisco, CA; M.K. from Sylvania, Ohio; and M.R. from Scottsdale, Arizona.  The SSA benefits for each of these individuals were unlawfully diverted to the Santander accounts.

4

11.     Further review of SSA's systems and databases revealed each of these victims had a retirement application submitted online using their personal identifying information, to include their social security number, date of birth, gender and address.  The physical address provided for each victim was in a state other than where the victim actually resided.  Other information such as a purported email address and telephone number were also provided.  These online applications started the process of the fraud scheme and all resulted in SSA approving the retirement applications.  The online applications all included the submission of a bank routing number and account number to electronically deposit the monthly benefit payment.  After the initial application was approved by SSA, the bank information was changed to a different bank account at least once before until the direct deposit was ultimately directed to the Santander accounts.

12.     Through grand jury subpoena, I received and analyzed the Santander bank account records which revealed that the account was established by ORTIZ who resided in the Eastern District of Pennsylvania. The investigation has determined that the four victims' fraudulent SSA benefits were electronically deposited into the Santander accounts and that ORTIZ has no obvious relation to the victims or any obvious reason to be receiving the payments.

13.     In addition, numerous cash withdrawals were made from the Santander accounts at locations in Philadelphia, Pennsylvania from in or about October 2018 through in or about May 2020, and the Santander accounts were used to fund purchases at retail stores in the Philadelphia area, such as CVS Pharmacy.  On many occasions after stolen SSA funds were direct deposited, purchases were made at CVS, Rite Aid and Walgreens in the amount of $500.00.  Based on similar investigations conducted by your affiant, individuals involved in these kinds of schemes often launder money by using the fraud proceeds to buy gift cards at retail stores, such as CVS, Rite Aid

and Walgreens.  In similar direct deposit schemes, such gift cards were then mailed to conspirators involved in these operations.

14.     After additional investigation, on October 7, 2020, an Application for a Search Warrant for ORTIZ's residence was approved by U.S. Magistrate Judge Timothy R. Rice in the Eastern District of Pennsylvania, assigned warrant number 20-mj-1640.

15.     On October 9, 2020, your affiant and other federal agents executed the search warrant on ORTIZ's residence.  During the execution of the warrant, in ORTIZ's bedroom, agents seized numerous gift cards, checkbooks and mail from various financial institutions.  Agents discovered at least 87 gift cards from various retail vendors such as Visa, Macy's, Saks Fifth Avenue, Green Dot Bank, Apple, Walmart, and others.  A significant number of these gift cards were wrapped with the corresponding purchase receipt from the retail store the cards were purchased from.  The checkbooks and mail were from financial institutions such as Discover, Bank of America, Citibank, Citizens Bank, Capital One, and Ally bank

16.     During the execution of the search warrant, ORTIZ agreed to be interviewed by your affiant. ORTIZ revealed that she had a co-conspirator whom she believed was named "Christian DASILVA." ORTIZ claimed that she met DASILVA on the internet through the dating service, Match.com. After communicating only via text messaging, DASILVA asked ORTIZ to open several bank accounts using her name and personal identifying information. ORTIZ provided that in approximately 2017 she opened numerous bank accounts and provided the account information to DASILVA. ORTIZ admitted this scheme started around 2017. ORTIZ stated that DASILVA started to arrange for deposits to be made into the various bank accounts and would contact her via text messaging or email, after deposits were made into the account. Once contacted, she would withdraw the funds, purchase gifts cards and email the gift card information to

DASILVA. Originally, ORTIZ provided email address CHRISTIAN.DASILVA@GMAIL.COM, as the email address she utilized to communicate with DASILVA.

17.     After additional investigation, on November 13, 2020, an Application for a Search Warrant for Google for Gmail address CHRISTIAN.DASILVA@GMAIL.COM and JORDSANCH0102@GMAIL.COM, was approved by U.S. Magistrate Judge Lynne A. Sitarksi in the Eastern District of Pennsylvania, assigned warrant number 20-mj-1851.

18.     The warrant return from Google provided some evidentiary value as to the potential identity of DASILVA. However, notably absent from this warrant return was any proof of communication involving ORTIZ.

19.     ORTIZ was confronted, through her counsel, as to this discrepancy. She then provided email address, CHRISTIAN.DASILVA1970@GMAIL.COM (the SUBJECT EMAIL) as the correct email by which she communicated with DASILVA. ORTIZ confirmed she sent pictures of the gift cards she purchased with the fraudulent funds, as email attachments to DASILVA via the SUBJECT EMAIL.

20.     Obtaining the documented proof of the email exchange between ORTIZ and DASILVA through the SUBJECT EMAIL will assist this investigation in confirming all of the funds that were laundered through this gift card transfer scheme. Most importantly, the information requested in this warrant will likely assist in uncovering the true identity of DASILVA. In connection with other investigations involving similar schemes, in my training and experience, it is likely the individual behind the identity DASILVA and the SUBJECT EMAIL, is likely recruiting other individuals to assist in this scheme. Uncovering the identity of the leader of this scheme is paramount in this investigation.

## BACKGROUND CONCERNING EMAIL
## AND ONLINE DATA STORAGE AND SHARING SERVICES

21.　　In my training and experience I have learned that Google provide a variety of on-line services, including electronic mail ("email") access, to the general public. Google allows subscribers to obtain email accounts at the domain name "gmail.com."  Subscribers obtain an account by registering with Google at www.google.com. During the registration process, email providers asks subscribers to provide basic personal information. Therefore, the computers of email providers are likely to contain stored electronic communications and information concerning subscribers and their use of Google services, such as account access information, email transaction information, and account application information.

22.　　Subscribers to Google email service may access their accounts on servers maintained and/or owned by their respective company from any device connected to the Internet located anywhere in the world. In general, an email that is sent to a subscriber is stored in the subscriber's "mail box" on the provider's servers until the subscriber deletes the email. If the subscriber does not delete the message, the message can remain on Google servers indefinitely. Even if the subscriber deletes the email, it may continue to be available on the provider's servers for a certain period of time.

23.　　When the subscriber sends an email, it is initiated at the user's computer or other electronic device on which the user can access the Internet, transferred via the Internet to the provider's servers, and then transmitted to its end destination. The provider often saves a copy of the email sent. Unless the sender of the email specifically deletes the email from the Google server, the email can remain on the system indefinitely. Even if the sender deletes the email, it may continue to be available on Google's servers for a certain period of time.

24.     A sent or received email typically includes the content of the message, source and destination addresses, the date and time at which the email was sent, and the size and length of the email.  If an email user writes a draft message but does not send it, that message may also be saved by the provider but may not include all of these categories of data.

25.     A G-Mail subscriber can also store files, including emails, address books, contact or buddy lists, calendar data, pictures, and other files, on servers maintained and/or owned by Google and Microsoft.

26.     Subscribers to G-Mail might not store on their home computers or electronic devices copies of the emails stored in their provider account. This is particularly true when they access their Google accounts through the web, or if they do not wish to maintain particular emails or files in their residence.

27.     In general, email providers ask each of their subscribers to provide certain personal identifying information when registering for an email account. This information can include the subscriber's full name, physical address, telephone numbers and other identifiers, alternative email addresses, and, for paying subscribers, means and source of payment (including any credit or bank account number).

28.     Email providers typically retain certain transactional information about the creation and use of each account on their systems. This information can include the date on which the account was created, the length of service, records of log-in (i.e., session) times and durations, the types of service utilized, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website), and other log files that reflect usage of the account. In addition, email providers often have records of the IP address used to register the account and the IP addresses associated with

9

particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the email account.

29.     In some cases, email account users will communicate directly with an email service provider about issues relating to the account, such as technical problems, billing inquiries, or complaints from other users. Email providers typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any actions taken by the provider or user as a result of the communications.

30.     In my training and experience, evidence of who was using an email account may be found in address books, contact or buddy lists, email in the account, and attachments to emails, including images and files, and such information may constitute evidence of the crimes under investigation by identifying the user(s) of the account.

31.     Further, based on my training, experience, review of bank records and information provided by ORTIZ, I believe probable cause exists that there will be additional evidence, fruits, and instrumentalities of ORTIZ, DASILVA, and possibly other targets and criminal conduct within the SUBJECT EMAIL.

## INFORMATION TO BE SEARCHED AND THINGS TO BE SEIZED

32.     I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using the warrant to require Google to disclose to the United States copies of the records and other information (including the content of communications) particularly described in Attachment B.

## <u>CONCLUSION</u>

33.     Based on the foregoing, I submit that probable cause exists to find that instrumentalities, fruits, and evidence of violations of 18 U.S.C. §1343 (Wire Fraud); 18 U.S.C. § 641 (Theft of Government Funds); 18 U.S.C. §1028A (Aggravated Identity Theft); and 42 U.S.C. § 408 (Social Security Fraud) are presently located in the SUBJECT EMAIL. Therefore, I respectfully request that this Court issue a warrant to search this email address, as further described in Attachments A, for instrumentalities, fruits, and evidence of crime as listed in Attachment B and to seize those items.

## **REQUEST FOR SEALING**

34.     It is respectfully requested that this Court issue an order sealing, until further order of the Court, all papers submitted in support of this application, including the application and search warrant.   I believe that sealing this document is necessary because the items and information to be seized are relevant to an ongoing investigation into the criminal organizations, as not all of the targets of this investigation will be searched at this time.  Based upon my training and experience, I have learned that online criminals actively search for criminal affidavits and search warrants via the Internet, and disseminate them to other online criminals as they deem appropriate, i.e., post them publicly online through the carding forums.  Premature disclosure of the contents of this affidavit and related documents may have a significant and negative impact on the continuing investigation and may severely jeopardize its effectiveness.


_____/s/ Shon Sain_____
Shon Sain, Special Agent
Social Security Administration,
Office of the Inspector General


Sworn to and subscribed
Telephonically before me this  5  th day
of March 2021 at


 /s/ Elizabeth T. Hey_____
HON. ELIZABETH T. HEY
United States Magistrate Judge

## ATTACHMENT A– LOCATION TO BE SEARCHED

This warrant applies to information associated with the Google user ID's and/or email addresses:

**Christian.Dasilva1970@Gmail.com**

Which is stored at premises owned, maintained, controlled, and/or operated by Google,

headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

**ATTACHMENT B**

I.     **Information to be provided by Google Inc. (the "Provider")**

To the extent that the information described in Attachment A is within the possession, custody, or control of the Provider, including any emails, instant messages, records, files, logs, or information that has been deleted but is still available to the Provider, the Provider are required to disclose the following information to the government for the Gmail accounts listed in Attachment A (the "Accounts") for the period beginning **February 1, 2018, through March 5, 2021.**

a.     The contents of all emails and instant messages, including any attachment, associated with the Accounts, including stored or preserved copies of emails and instant messages sent to and from the Accounts, draft emails and instant messages, the source and destination addresses associated with each email, the date and time at which each email and instant message was sent, and the size and length of each email and instant message;

b.     All records or other information regarding the identification of the Accounts, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the Accounts were created, the length of service, the IP address used to register the Accounts, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.     The types of service utilized by the Accounts;

d.     All records or other information stored at any time by an individual using the Accounts, including address books, contact and buddy lists, calendar data, pictures, and files;

e.     All records pertaining to communications between the Provider and any person regarding the Accounts, including contacts with support services and records of actions taken.

**II.      Information to be seized**

Agents for the government may search those materials produced by Google for all information for the time period of February 1, 2018 to March 5, 2021 described above in Section I that constitutes fruits, contraband, evidence, and instrumentalities of violations of 18 U.S.C. §1343 (Wire Fraud); 18 § 641 (Theft of Government Funds); 18 U.S.C. §1028A (Aggravated Identity Theft); and 42 U.S.C. § 408 (Social Security Fraud) including, for each account or identifier listed in Attachment A, information pertaining to the following matters:

a.      Personal emails, communications, photographs, and/or videos that constitute evidence related to the unauthorized/illegal disbursement of numerous SSA benefits;

b.      Evidence indicating how and when the email account was accessed or used, to determine the geographic and chronological context of account access, use, and events relating to the crime under investigation and relating to the email account owner;

c.      The identity of the person(s) who created or used the subject email and user ID, including records that reveal the whereabouts of such person(s);

d.      The identity of the person(s) who communicated with the subject email and user ID, about matters relating to the crimes under investigation whether they are currently known and unknown to the government, including records that help reveal their whereabouts;

e.      Evidence concerning the gathering and distribution of any goods, profits, or proceeds from the SSA benefits (as described in the affidavit), to include receipts (emailed or paper), transactional statements, and other information;

f.      Any or all communications that relate to bank accounts associated with each of the Accounts;

g.      Any or all communications that relate to personal identifiable information, including social security numbers or dates of birth of individuals;

h.      Any or all communications relating to any scheme to engage in or to allow others to engage in, Social Security fraud, wire fraud, and identity theft;

i.      Any or all communications related to the receipt of money or services to assist others to conceal the source of funds.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE SEARCH OF:
**Google Email Account**
**Christian.Dasilva1970@Gmail.com**

Case No. 21-MJ-413

## APPLICATION FOR ORDER COMMANDING GOOGLE, LLC NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF THE WARRANT

The United States requests that the Court order Google, LLC not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant from the date of receipt until March 4, 2022.

Google, LLC is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached warrant, which requires Google, LLC to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached warrant relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, to destroy or tamper with evidence, to change patterns

of behavior, or intimidate potential witnesses.  *See* 18 U.S.C. § 2705(b).  Some of the evidence in this investigation is stored electronically.  If alerted to the existence of the warrant, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Google, LLC not to disclose the existence or content of the attached warrant from the date of receipt until March 4, 2022, except that Google, LLC may disclose the attached warrant to an attorney for Google, LLC for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court.  As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation.  Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on March 5, 2021.


___/s/ Megan Curran_____
MEGAN CURRAN
Special Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN THE MATTER OF THE SEARCH OF:
**Google Email Account**
**Christian.Dasilva1970@Gmail.com**

Case No. 21-MJ-413

**Filed Under Seal**

## ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, LLC, an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account(s) listed in the warrant) of the existence of the attached warrant, from the date of this subpoena until March 4, 2022.

The Court determines that there is reason to believe that notification of the existence of the attached warrant will seriously jeopardize the investigation or unduly delay a trial, including by giving targets an opportunity to flee or continue flight from prosecution, to destroy or tamper with evidence, to change patterns of behavior, or intimidate potential witnesses. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google, LLC shall not disclose the existence of the attached warrant, or this Order of the Court, to the listed subscriber or to any other person, from the date of receipt until March 4, 2022, except that Google, LLC may disclose the attached warrant to an attorney for Google, LLC for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until otherwise ordered by the Court.


__March 5, 2021_____                         __/s/ Elizabeth T. Hey_____
Date                                          HONORABLE ELIZABETH T. HEY
                                              *United States Magistrate Judge*



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

03/12/21

Special Agent Shon Sain
U.S. Social Security Administration (OIG)
300 Spring Garden St., Fourth Floor
Philadelphia, PA 19123

**Re: Search Warrant dated March 05, 2021 (Google Ref. No. 5472285)**
  *PHL2000038Z; 21-MJ-413*

Dear Special Agent Sain:

Pursuant to the Search Warrant issued in the above-referenced matter, we have conducted a diligent search for documents and information accessible on Google's systems that are responsive to your request.  Our response is made in accordance with state and federal law, including the Electronic Communications Privacy Act.  See 18 U.S.C. § 2701 et seq.

Accompanying this letter is responsive information to the extent reasonably accessible from our system associated with the Google account(s), *CHRISTIAN.DASILVA1970@GMAIL.COM*, as specified in the Search Warrant. We have also included a signed Certificate of Authenticity which includes a list of hash values that correspond to each file contained in the production. Google may not retain a copy of this production but does endeavor to keep a list of the files and their respective hash values.  To the extent any document provided herein contains information exceeding the scope of your request, protected from disclosure or otherwise not subject to production, if at all, we have redacted such information or removed such data fields.

To the extent that you have requested data related to the Google Chat service, and the target account participated in a Chat Room owned and controlled by a Google Workspace customer, included in the production is information sufficient to identify (a) the Workspace customer domain that owns and controls the Chat Room and records associated with the same; (b) the Workspace-owned Chat Room in which the target account participated; and (c) the date the target account joined the Workspace-owned Chat Room. [1]

---

1   See the UserInfo.zip file, where [obfuscated_customer_id] indicates if a Chat Room is owned and controlled by a Workspace customer, and the domain of the [inviter_user] identifies the Workspace customer. If you wish to obtain Chat records associated with the target account that are owned and controlled by the Workspace customer, please use the information provided in this production to either request that information directly from the Workspace customer, *see Seeking Enterprise Customer Data Held by Cloud Service Providers*, U.S. Dep't of Justice (Dec. 2017), https://www.justice.gov/criminal-ccips/file/1017511/download, or to obtain appropriate legal process that identifies the Workspace-owned Chat Room and the Workspace customer domain for those records.



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

Please note that Google Pay service data is under the control of Google Payment Corporation. Any request for such data must be specifically addressed to Google Payment Corporation and can be served through the email address googlepayments@google.com.

For a Google Custodian of Records, we will require a subpoena and confirmation from you of the time and date of the appearance, the scope of testimony, any Google Reference Number(s) associated with the case, and the travel for the appearance at least one week in advance in order to identify, make the appropriate plans for, and prepare a custodian for trial.

Finally, in accordance with Section 2706 of the Electronic Communications Privacy Act, Google may request reimbursement for reasonable costs incurred in processing your request.

Regards,

William Galindo
Google Legal Investigations Support



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**CERTIFICATE OF AUTHENTICITY**

I hereby certify:

1.      I am authorized to submit this affidavit on behalf of Google LLC ("Google"), located in
Mountain View, California. I have personal knowledge of the following facts, except as noted,
and could testify competently thereto if called as a witness.

2.      I am qualified to authenticate the records because I am familiar with how the records
were created, managed, stored and retrieved.

3.      Google provides Internet-based services.

4.      Attached is a true and correct copy of records pertaining to the Google account-holder(s)
identified with account(s) *CHRISTIAN.DASILVA1970@GMAIL.COM,* with Google Ref. No.
5472285 ("Document"). Accompanying this Certificate of Authenticity as Attachment A is a list
of hash values corresponding to each file produced in response to the Search Warrant.

5.      The Document is a record made and retained by Google. Google servers record this data
automatically at the time, or reasonably soon after, it is entered or transmitted by the user, and this
data is kept in the course of this regularly conducted activity and was made by regularly
conducted activity as a regular practice of Google.

6.      The Document is a true duplicate of original records that were generated by Google's
electronic process or system that produces an accurate result.  The accuracy of Google's
electronic process and system is regularly verified by Google.

7.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
and correct to the best of my knowledge.


___/s_William Galindo_____                    Date: 03/12/21
(Signature of Records Custodian)


        William Galindo
(Name of Records Custodian)



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

**Attachment A: Hash Values for Production Files (Google Ref. No. 5472285)**

christian.dasilva1970.Chats.zip:

MD5- fe34a26855a33094ba21eac10e709503
SHA512-
5a5360d82a2591ae4d04fc7a079866a432ff6598a7fb7f3051d1b1410ff73884f305e7575edb385062
c3bd298058574d0e41746277db9f9b13fcbb73ca96db62

christian.dasilva1970.Drive.Metadata.zip:

MD5- 74d0ea69c82186d5ca10c2a26169f2dd
SHA512-
a2f6d998abfb4a66d2aa91486811f5e4a2b604965a4bf532209e56de57c032bb72b4714f8dc68b115
f9c39cacb60a0f8155ac13aa48b853f90dcaf0914795a46

christian.dasilva1970.Drive.zip:

MD5- 5d4a435f479448aedece0049d8fffcdf
SHA512-
f3e089dd10d246eb8fd6faa7bfcbf9c35331ffe49e759633bd40034d930fc703fdd8b04b98c9f9571d2
4bd5c1bc8df42707179b73387c2e6fa24b7a904cff85d

christian.dasilva1970.Gmail.Contacts.vcf:

MD5- 00e1b7a0101bd7a7383d90c8478b6f19
SHA512-
3fdc6869f99d49596961c7fea29daf2b4d12e390d99148a6a307eb6b6ef8eaf179727d77efcb1f871d
bb94685cf42b1cdb49e94a32f54dc805f94e4a0c8dc4c6

christian.dasilva1970@gmail.com.170685832396.Calendar.Calendars_001.zip:

MD5- 463b8882fcbbfd8faa0f072f93dad259
SHA512-
e705e44da64de1efecb5eb32861c50b9a824cc0fd9a646c7e19c67d880218c5b2ef8739518f40a58e3
37ec5c080ce37ff35a9d3f8ec1d89826c518a92da09f1e

christian.dasilva1970@gmail.com.170685832396.DriveMobileBackups.Backup_001.zip:

MD5- 5347d63b22cb1f5447cc9968941eabe4
SHA512-
a7209bff65573b68eb4949ed633b5b9d5f1740c88b1d891e1f2540795f57abc8b66f63e7ea5624ea5
10e39af1b5e6c8a18b9ba8c011667e3a755929e08d5a9fe



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

christian.dasilva1970@gmail.com.170685832396.GoogleAccount.SubscriberInfo_001.zip:

MD5- ce3a317db8eefbe45c4cb3c0e8e1d0b8
SHA512-
21b207527f43ea2fc46146b9eb92dee65c96deb1c4cef84241e5d8232aaf1ea05686a45e28d118200
016e2611fbb27c4e36e7aa28cb6ffa92fb9df52c9ccd152

christian.dasilva1970@gmail.com.170685832396.GoogleChat.GroupInfo_001.zip:

MD5- 4ea1421021bed8da89b991311fe7bdb5
SHA512-
f7f0712b18518ef7bc45d1b407681a2b1c872eecc89d9cc685f4f53ec5c740c5bd082af58d4e61eb24
28874ca4423c5e0b32b80680dee0d86e96023e383c5b73

christian.dasilva1970@gmail.com.170685832396.GoogleChat.GroupTasks_001.zip:

MD5- 68df53c5c9e0b572cb0114aaff7da73e
SHA512-
8d20a3c951c00489f385ffe5d89ddc858ff9c410a188a837d7687139903ed7b2f0eb267540e5faf23d
74a41c29e9b0942e553e6b6474293c1c9c2a78c0b73308

christian.dasilva1970@gmail.com.170685832396.GoogleChat.Messages_001.zip:

MD5- ae7d35890fa1c9366043fc3ecd957f23
SHA512-
37a817ebd1d476948823426764112934bcb5bff1b6e7414b9d57ce0e6f1f85701bd840db3fd74477f
1f6cb2848d6b2618bd3e148cc9cbf5c64f5c42a1b76800b

christian.dasilva1970@gmail.com.170685832396.GoogleChat.UserInfo_001.zip:

MD5- 5f012d52989c270ac7a3daa26322339c
SHA512-
ac85f61795eca743e3035a0f848b4406e5bafaea82a903ddd667e8192c4cda21ec3c2c3105ae311e32
bf01597731f9d3c74a2ae669589df9b1bb9ca04dfe5ca1

christian.dasilva1970@gmail.com.170685832396.GooglePhotos.PhotoResource_001.zip:

MD5- 98357003d0711b32a0415fa36aedea27
SHA512-
0b7f2804f13f4678d6b87b11e9d9fbed2633bbbad935db401bb48a29a9db34328708b31a70c6d4ca
3d595ccac4dc47ac00325baa7132ea3fd08a7bf8a9959d89



Google LLC
1600 Amphitheatre Parkway
Mountain View, California 94043

USLawEnforcement@google.com

www.google.com

christian.dasilva1970@gmail.com.Gmail.Content.mbox:

MD5- 91de0a23b10797468bd9889828c79a83
SHA512-
5a532462e6473adf485eaab951741e72500e6c8b113e144b76ace6760548dfbb5ee3aa0561432d305
97f13939a4b92db89a34d6e40b1f4b9b5aca83703a346ba